# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TERI ANNA ROLAND, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil No.: 4:21-cv-817-ALM-KPJ |
| § | |
| JAMIE MASTERS *et al.*, § | |
| § | |
| Defendants. § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 23, 2022, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report") (Dkt. #24) that Plaintiff Teri Anna Roland's ("Plaintiff") claims in this action be dismissed without prejudice.

The Report was mailed to Plaintiff's address by certified mail, return receipt requested; however, the United States Postal Service was unable to deliver the Report, which was returned to the Court and marked "Return to Sender - Unable to Forward." *See* Dkt. #25. Plaintiff did not provide the Court with an updated address for service, as required. *See* LOCAL R. CV-11(d) ("A *pro se* litigant . . . is responsible for keeping the clerk advised in writing of his or her current physical address"). Accordingly, the Court has been unable to serve Plaintiff with the Report.

The Court has nevertheless considered the Report and is of the opinion that the findings and conclusions of the Magistrate Judge are correct. The Court adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED.**

**SIGNED this 16th day of September, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE